In the Matter of GEORG JENSEN, INC., Appellant. HAMMER GALLERIES, INC., Respondent.

Submitted February 26, 1951; decided March 1, 1951.

*Hancock Griffin, Jr.,* and *Francis S. Bensel* for motion.

*Jay Leo Rothschild* for respondent.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RICHARD JOHN JOSEPH POWER and JOHN JOSEPH KING, Appellants.

Submitted February 26, 1951; decided March 1, 1951.

Motion for reargument, or, in the alternative, to amend the remittitur denied.   [See 302 N. Y. 572.]